UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

MORRIS WEATHERSPOON,

        Plaintiff,                    Case No. 2:20-cv-67

v.                                          Honorable Paul L. Maloney

ERICA HUSS et al.,

        Defendants.

_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  June 9, 2020                              /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge